**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1751**

In Re: SALVADOR SANTANA CABRERA,

                    Petitioner.

On Petition for Writ of Mandamus.
(1:09-cr-00122-WO-1; 1:12-cv-00667-WO-JLW;
1:09-cr-00323-WO-1; 1:12-cv-00695-WO-JLW)

Submitted: November 24, 2014        Decided: December 3, 2014

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Salvador Santana Cabrera, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salvador Santana Cabrera petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed both motions. Accordingly, because the district court has recently decided Cabrera's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>